# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA I NICHOLS, | Case No.: 2:16-cv-01611-GMN-GWF |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| CITY OF HENDERSON, *et al.*, | |
| Defendants. | |

Plaintiff Joshua I Nichols has failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service as to Defendant L. Theobald pursuant to Fed. R. Civ. P. 4(m).

**IT IS THEREFORE ORDERED** that the action is hereby **DISMISSED without prejudice** as to Defendant L. Theobald.

As all defendants have been dismissed in this action, the clerk of court is instructed to close the case.

**DATED** this __11__ day of August, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court